IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-cv-6797 |
| v. | ) ) | Mag. Judge McShain |
| ABARI CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

## Agreed Judgment Order

This matter coming before the court, due notice having been given, the parties being in agreement and the Court being fully advised and having jurisdiction;

IT IS HEREBY ORDERED THAT:

A final judgment is entered in favor of the Plaintiffs and against the Defendant, Abari Construction, Inc., in the sum of $67,142.45.

Further, execution of this Order is stayed until October 26, 2020.

ENTERED:

_____
HEATHER K. MCSHAIN
UNITED STATES MAGISTRATE JUDGE

DATED: 09/08/2020